1110

No. 01–721. Robertson et al. *v.* Bartels et al. Affirmed on appeal from D. C. N. J.

No. 00–1503. City of Gainesville *v.* Cannabis Action Network, Inc., et al. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Thomas* v. *Chicago Park Dist., ante,* p. 316.

No. 01M32. Delk *v.* Cockrell, Director, Texas Department of Criminal Justice, Institutional Division. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. 00–1214. Alabama *v.* Shelton. Sup. Ct. Ala. [Certiorari granted, 532 U. S. 1018.] Motion of National Association of Criminal Defense Lawyers for leave to participate in oral argument as *amicus curiae* and for divided argument granted to be divided as follows: 20 minutes for respondent and 10 minutes for *amicus curiae.* Motion of petitioner for additional time for oral argument denied. Order of October 1, 2001 [*ante,* p. 808], granting the motion of Texas et al. for leave to participate in oral argument as *amici curiae* and for divided argument rescinded.

No. 00–1531. Verizon Maryland Inc. *v.* Public Service Commission of Maryland et al.; and

No. 00–1711. United States *v.* Public Service Commission of Maryland et al. C. A. 4th Cir. [Certiorari granted, 533 U. S. 928 and *ante,* p. 1072.] Motion of TCG Maryland, Inc., to treat brief of AT&T Communications of Illinois, Inc., et al., in *Mathias et al.* v. *WorldCom Technologies, Inc., et al.,* No. 00–878 [certiorari granted, 532 U. S. 903], as brief of respondent TCG Maryland, Inc., in these cases granted. Motion of Illinois Bell Telephone Co., dba Ameritech Illinois, to consider brief filed in *Mathias et al.* v. *WorldCom Technologies, Inc., et al.,* No. 00–878, as a brief as *amicus curiae* in these cases granted. Justice O'Connor took no part in the consideration or decision of these motions.